ACP 150 W. End Ave. Assoc., L.P. v Greene (2024 NY Slip Op 50737(U))

[*1]

ACP 150 W. End Ave. Assoc., L.P. v Greene

2024 NY Slip Op 50737(U)

Decided on June 17, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 17, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

571012/23

ACP 150 West End Avenue Associates, L.P., Petitioner-Landlord-Appellant,
against
Laura Greene, Respondent-Tenant-Respondent, and "John Doe" and "Jane Doe," Respondents-Undertenants.

Landlord appeals from so much of an order of the Civil Court of the City of New York, New York County (Vanessa Fang, J.), dated August 4, 2023, as limited discovery to a two-year period in a holdover summary proceeding.

Per Curiam.
Order (Vanessa Fang, J.), entered August 4, 2023, modified to extend discovery to the period commencing January 1, 2019; as modified, order affirmed, with $10 costs.
We agree that landlord is entitled to discovery in this summary proceeding based upon allegations of nonprimary residence (see Hughes v Lenox Hill Hosp., 226 AD2d 4, 17-18 [1996], lv denied 90 NY2d 829 [1997]; Cox v J.D. Realty Assoc., 217 AD2d 179, 183-184 [1995]). With respect to the relevant period of inquiry, we believe that discovery should extend back to January 1, 2019, a commencement date that will enable landlord to effectively ascertain whether tenant primarily resided in the subject rent stabilized apartment not only for the two-year period prior to the expiration of her lease on August 31, 2022, but also prior to the outbreak of the COVID-19 pandemic, the latter being important in assessing the merits of tenant's first affirmative defense (see e.g. 86 W. Corp. v Singh, 57 Misc 3d 152[A], 2017 NY Slip Op 51585[U] [App Term, 1st Dept 2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 17, 2024